# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RAMIRO GALICIA,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:11-CV-00017-RCJ-(VPC)

**ORDER**

Respondents have submitted a motion for leave to file late pleading (#19) and a motion for enlargement of time (first request) (#18).  Good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for leave to file late pleading (#19) is **GRANTED**.

IT IS FURTHER ORDERED that respondents' motion for enlargement of time (first request) (#18) is **GRANTED**.  Respondents shall have through February 23, 2012, to file and serve an answer or other response to the first amended petition (#12).

Dated: This 31st day of January, 2012.

_____
ROBERT C. JONES
Chief United States District Judge